[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14765
Non-Argument Calendar

_____

D.C. Docket No. 3:12-cr-00034-WHA-TFM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY LAMAR WINSTON,
a.k.a. June Boy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(April 16, 2014)

Before HULL, MARCUS and PRYOR, Circuit Judges

PER CURIAM:

Thomas Goggans, appointed counsel for Anthony Lamar Winston in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Winston's convictions and sentences are **AFFIRMED**.   Winston's motion for appointment of new counsel is **DENIED** as moot.